JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br>IMPERIAL CREDIT INDUSTRIES, INC., a California corporation,<br><br>    Debtor.<br><br>EDWARD M. WOLKOWITZ as Chapter 7 Trustee for IMPERIAL CREDIT INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    Defendant. | Case No. CV 03-08627 JVS<br>Consolidated with<br>**SACV 08-1116-JVS(ANx)****<br><br>[Hon. James V. Selna]<br><br>[Regarding Ch. 7 Bankruptcy No. LA03-28969ES (Bankr. Court C.D. Cal.); Adversary No. LA03-02710ES]<br><br>**FINAL JUDGMENT** |

1  The Court having on August 2, 2010 granted the motion of defendant the Federal Deposit Insurance Corporation in its corporate capacity (the "FDIC") for summary judgment on the First Claim for Relief for Constructive Fraudulent Transfer pursuant to Cal. Civ. Code § 3439, the sole remaining claim for relief asserted in the First Amended Complaint of Edward M. Wolkowitz, the Chapter 7 Trustee (the "Trustee") for Imperial Credit Industries, Inc., and the Court having considered the parties' subsequent briefs on whether costs should be awarded to the FDIC as the prevailing party;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) judgment is hereby entered in this action in favor of the FDIC and against the Trustee; and

(2) the FDIC shall be entitled to recover from the Trustee its costs incurred in this action in the amount of $_____.

Dated: August 25, 2010

_____
The Honorable James V. Selna
United States District Judge

201063764.1